UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STACEY D.,

                              **Plaintiff,**

        v.                                          3:20-CV-949
                                                              (FJS/ATB)

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
_____

**APPEARANCES**                                     **OF COUNSEL**

**OLINSKY LAW GROUP**                   **HOWARD D. OLINSKY, ESQ.**
250 South Clinton Street, Suite 210
Syracuse, New York 13202
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**     **NICOLE BOUDREAU, ESQ.**
J.F.K, Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**SCULLIN, Senior Judge**

# ORDER

Plaintiff brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) seeking judicial review of a final decision of Defendant Commissioner denying Plaintiff's application for Social Security Disability Insurance benefits and Supplemental Security Income benefits. *See* Dkt. No. 1. On May 6, 2021, Plaintiff filed her memorandum of law in support of her motion for judgment on the pleadings, *see* Dkt. No. 14; and on August 20, 2021, Defendant filed her memorandum of law in support of her motion for judgment on the pleadings, *see* Dkt. No. 19. After a thorough review of the record, Magistrate Judge Baxter issued a Report and Recommendation, in which he recommended that the Court reverse Defendant Commissioner's

decision and remand this case, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with his report. *See* Dkt. No. 20 at 18. The parties filed no objections to Magistrate Judge Baxter's recommendation.

"'When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice.'" *Young v. Polizzi*, No. 9:16-CV-660, 2018 WL 3949942, *1 (N.D.N.Y. Aug. 16, 2018) (quoting *Ward v. Lee*, No. 9:16-CV-1224, 2018 WL 3574872, *1 (N.D.N.Y. July 25, 2018) (citation omitted)). "'After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part the . . . recommendations made by the Magistrate Judge.'"'" *Id.* (quotation omitted).

The Court has reviewed Magistrate Judge Baxter's January 14, 2022 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's January 14, 2022 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the Commissioner's decision is **REVERSED** and this case is **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with Magistrate Judge Baxter's Report and Recommendation, including his instruction that "consistent with this [C]ourt's February 1, 2019 Memorandum-Decision and Order, the ALJ [shall] make a determination supported by substantial medical opinion evidence of on what date, between March 12, 2013 and January 26, 2016, [P]laintiff's limitations worsened to the point that she became disabled[,]" *see* Dkt. No. 20 at 18; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: March 29, 2022
      Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge